UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-14012-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JUAN PABLO-PEREZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation on a final evidentiary hearing in respect to the Second Superseding Petition alleging violations of supervised release before a Magistrate Judge.

**THE MATTER** was set before Magistrate Judge Frank J. Lynch Jr, on January 13, 2014 for a final hearing in respect to the Second Superseding Petition Alleging Violations of Supervised Release. A Report and Recommendation was filed on January 13, 2014, (D.E.#48), recommending that this Court find Defendant has violated the conditions of his supervised release in respect to violations numbers 5 and 6 as set forth in the Second Superseding Petition. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation on Defendant's final hearing to the violations set forth in respect to the Second Superseding Petition for Violation of Supervised Release of United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _31_ day of January, 2014.

                                JOSE E. MARTINEZ
                                UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office